HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
E-mail: victoria@hkimlaw.com
HOWARD KIM & ASSOCIATES
400 N. Stephanie St, Suite 160
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; JOSEPH A. HOLMES, an individual; SONJA J. PALMER, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01153-APG-PAL<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ORAL ARGUMENT ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER ON ORDER SHORTENING TIME AND MOTION FOR PRELIMINARY INJUNCTION** |

The Court, having read and considered Plaintiff's Emergency Motion for Oral Argument on Application for Temporary Restraining Order on an Order Shortening Time and Motion for Preliminary Injunction, the pleadings and papers on file herein, finds that setting oral argument on an emergency basis is justified.

Therefore, with good cause appearing, the Court now orders as follows:

IT IS HEREBY ORDERED THAT Plaintiff's Emergency Motion for Oral Argument on Application for Temporary Restraining Order on Order Shortening Time and Motion for Preliminary Injunction is GRANTED.

THE COURT HEREBY sets the hearing for oral argument on Plaintiff's Application for

- 1 -

1  Temporary Restraining Order and Motion for Preliminary Injunction on the __10th__ day
2  of __July__, 2013, at the hour of __2:00 p.m.__, Courtroom 6C.

4  Dated this __3rd__ day of July, 2013.

   _____
   UNITED STATES DISTRICT JUDGE

7  Respectfully Submitted by:

8  **HOWARD KIM & ASSOCIATES**

9  */s/ Diana S. Cline*
   Howard C. Kim, Esq.
   Nevada Bar No. 10386
   Diana S. Cline, Esq.
   Nevada Bar No. 10580
   Victoria L. Hightower, Esq.
   Nevada Bar No. 10897
   400 N. Stephanie St., Suite 160
   Henderson, Nevada  89014
   Phone: (702) 485-3300
   Fax:    (702) 485-3301
   *Attorneys for Plaintiff*

- 2 -