HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
E-mail: victoria@hkimlaw.com
HOWARD KIM & ASSOCIATES
400 N. Stephanie St, Suite 160
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for Plaintiff*



FILED
JUL 10 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; JOSEPH A. HOLMES, an individual; SONJA J. PALMER, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01153-APG-PAL<br><br>**TEMPORARY RESTRAINING ORDER: ORDER ENJOINING FORECLOSURE AND ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff's application for temporary restraining order was heard on July 10, 2013 at 2:00 p.m. The Court, having read and considered the Application and the pleadings and papers on file herein, and good cause appearing therefor, now orders as follows:

### ORDER ENJOINING FORECLOSURE

Until such time as a hearing may be held on Plaintiff's Motion for Preliminary Injunction,

IT IS HEREBY ORDERED that Defendant Wells Fargo Bank, N.A. and its agents are restrained and enjoined from continuing with foreclosure proceedings, selling, transferring, or

1 | otherwise conveying the real property commonly known as **2650 Upland Bluff Drive, Las Vegas, NV 89142 Parcel No. 161-11-112-032** (the "Property"), *un until July 23, 2013 at 5:00pm.*

IT IS FURTHER ORDERED that Plaintiff shall not be required to post a bond/shall be required to post a bond in the amount of $ 5,000.00.

## ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION

UPON CONSIDERATION of the motion filed by Plaintiff for preliminary injunction, and that a temporary restraining order restraining Defendant Sovereign Bank, N.A. and its agents from continuing with foreclosure proceedings on the Property has issued pending a hearing on Plaintiff's motion for preliminary injunction, the supporting points and memorandum of authorities, the supporting declaration and evidence, the record in this case, and for good cause shown;

THE COURT HEREBY sets the hearing for Plaintiff's motion for a preliminary injunction on the 23rd day of July, 2013, in the above-entitled Court, at the hour of 2:00 or as soon thereafter as counsel may be heard. Further, the Court sets forth the following briefing schedule relating to Plaintiff's motion:

1. Plaintiff shall serve Defendant Wells Fargo Bank, N.A. with a copy of this Order no later than the 12th day of July, 2013; and

2. ~~Defendant Wells Fargo Bank, N.A. shall file and serve its opposition papers, if any, no later than the ___ day of ___, 2013, with service of any opposition papers on Plaintiff's counsel via email or fax; and~~

///
///
///
///
///
///
///
///

3. ~~Plaintiff~~ The parties shall file and serve ~~its reply~~ any additional brief's no later than the 18th day of July, 2013. ~~Plaintiff~~ Parties shall deliver a courtesy copy to the Court by 5:00 a.m./~~p.m.~~ on the 18th day of July, 2013.

Dated this 10th day of July, 2013. at 3:30pm

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**HOWARD KIM & ASSOCIATES**

_____
Howard C. Kim, Esq.
Nevada Bar No. 10386
Diana S. Cline, Esq.
Nevada Bar No. 10580
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
400 N. Stephanie St., Suite 160
Henderson, Nevada  89014
Phone: (702) 485-3300
Fax:    (702) 485-330

*Attorneys for Plaintiff*

- 3 -