Richard C. Gordon, Esq.
Nevada Bar No. 9036
Robin E. Perkins, Esq.
Nevada Bar No. 9891
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
rgordon@swlaw.com
rperkins@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; JOSEPH A. HOLMES, an individual; SONJA J. PALMER, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01153<br><br>**STIPULATION AND ORDER TO TAKE THE RULE 30(b)(6) DEPOSITION OF SFR INVESTMENTS POOL 1, LLC AFTER THE DISCOVERY DEADLINE** |

Plaintiff SFR Investments Pool 1, LLC ("SFR"), a Nevada limited liability company, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective counsel hereby file this Stipulation and Order to Take the Rule 30(b)(6) Deposition of SFR Investment Pool 1, LLC After the Discovery Deadline. This request complies with Local Rule ("LR") 6-1 and 7-1, and is based on good cause because the litigation of this matter will be best served by this request. Discovery currently closes on May 15, 2015. The parties seek to take one deposition, of SFR's Rule 30(b)(6) witness, five (5) days outside of the discovery deadline, on May 20, 2015.

The parties are currently completing discovery and have scheduled all remaining depositions within the May 15, 2015 discovery deadlines. However, while SFR's Rule 30(b)(6) witness was scheduled within the deadline, due to a scheduling conflict, the parties require five (5) additional days to take the deposition.

Good cause exists for this request and there is no prejudice or burden to the parties or the Court.

Dated this 14th day of May, 2015

SNELL & WILMER L.L.P.

By: */s/ Robin E. Perkins*
    Richard C. Gordon, NV Bar No. 9036
    Robin E. Perkins, NV Bar No. 9891
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated this 14th day of May, 2015

HOWARD KIM & ASSOCIATES

By: */s/ Diana S. Cline*
    Howard C. Kim, NV Bar No. 10386
    Diana S. Cline, NV Bar No. 10580
    Jacqueline A. Gilbert, NV Bar No. 10593
    1055 Whitney Ranch Dr., #110
    Henderson, NV 89014
    *Attorneys for Plaintiff SFR Investments Pool 1, LLC*

**ORDER**

The Court having considered the attached stipulation of the parties, IT IS ORDERED that: Wells Fargo shall take the deposition of SFR's Rule 30(b)(6) witness five (5) days outside of the discovery deadline, on May 20, 2015.

DATED: May 18, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

SNELL & WILMER L.L.P.

By: */s/ Robin E. Perkins*
　　Richard C. Gordon, Esq.
　　Robin E. Perkins, Esq.
　　3883 Howard Hughes Parkway
　　Suite 1100
　　Las Vegas, Nevada 89169
　　*Attorneys for Defendant Wells Fargo Bank, N.A.*

21565608