UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| SFR INVESTMENTS POOL LLC., <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK NA, et al, <br><br> Defendants. | 2:13-cv-01153 APG-PAL <br><br> MINUTES OF THE COURT <br><br> DATED April 11, 2016 |

PRESENT
THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>        RECORDER:    <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF (S) :  <u>               NONE APPEARING              </u>

COUNSEL FOR DEFENDANT (S) :  <u>             NONE APPEARING              </u>

MINUTE ORDER IN CHAMBERS:

The Order of Remand (#100) was entered in this case on March 25, 2016. Good cause appearing,

IT IS ORDERED that the Cash Deposit by Plaintiff, (#23) posted in the amount of $5,000.00, receipt #NVLAS028163, filed July 12, 2013, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
UNITED STATES DISTRICT JUDGE

DATED:       April 12, 2016